JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ANTHONY JONES,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>Respondent. | Case No.: CV 98-10318 JLS<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the court finds there is no reason for delaying the entry of final judgment with respect to the claims adjudicated in the Court's Order Re: Petition for Writ of Habeas Corpus ("Order"). Accordingly, pursuant to the Court's Order, IT IS ADJUDGED that:

1. Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 37) is granted with respect to Claim 4(1). The judgment of conviction in the matter of *People v. Jones,* Case No. A578017, of the California Superior Court of Los Angeles

JUDGMENT - 1

County, is hereby vacated. The State of California shall, no later than 60 days after the entry of this Judgment, either release Petitioner or grant him a new trial.

    2. Respondent shall forthwith notify the Warden of San Quentin Prison of this Court's Judgment.

Date:  September 30, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE